| | | |
|---|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | | ATTORNEYS & COUNSELORS |

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/22

Nolan Klein, Esq.
klein@nklegal.com

March 24, 2022

<u>VIA CM/ECF</u>
Honorable Judge Valerie Caproni
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

  Re: <u>*Tavarez-Vargas v. Seeds Beauty Products LLC*</u>
     *SDNY Case No.: 1:21-cv-10796*

Dear Judge Caproni:

  This office represents the Defendant, Seeds Beauty Products, LLC, in the above-captioned case. An initial pre-trial conference is scheduled for April 15, 2022 at 10:00 a.m.

  Counsel for Defendant will be on vacation from April 13, 2022 through April 22, 2022, and therefore will not be available for the conference on this date and time. As such, Defendant respectfully requests that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. Counsel for Plaintiff consents to the relief requested herein.

  We thank the Court for your time and consideration in this matter.

            Respectfully Submitted,

            **Law Offices of Nolan Klein, P.A.**

            By:  */s/ Nolan Klein*
              NOLAN KLEIN (NK4223)

NKK/amd
cc: Edward Y. Kroub, Esq. (via ECF)
  Jarrett S. Charo, Esq. (via ECF)
  William J. Downes, Esq. (via ECF)

Application GRANTED.  The Initial Pre-Trial Conference currently scheduled for April 15, 2022, at 10:00 a.m. is hereby ADJOURNED until **April 29, 2022, at 10:00 a.m.**  The deadline for pre-conference submissions is hereby ADJOURNED from April 7, 2022, until **April 21, 2022**.

Because Defendant's time to answer is adjourned until the date of the Initial Pre-Trial Conference, *see* Dkt. 5, Defendant's time to answer is also ADJOURNED until **April 29, 2022**.

SO ORDERED.

*[signature]* 3/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE